AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Kansas

SEALED

| | | |
|---|---|---|
| United States of America<br>v.<br>LAFAYETTE WASHINGTON,<br>a/k/a "Dirty", a/k/a "Dirtydotcom"<br>*Defendant* | ) ) ) ) ) | Case No. 26-CR-10150-02-JMK |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* LAFAYETTE WASHINGTON, a/k/a "Dirty", a/k/a "Dirtydotcom", who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❐ Superseding Indictment ❐ Information ❐ Superseding Information ❐ Complaint
❐ Probation Violation Petition ❐ Supervised Release Violation Petition ❐ Violation Notice ❐ Order of the Court

This offense is briefly described as follows:

Drug Conspiracy resulting in serious bodily injury. See attached indictment for additional charges.

Date: 09/14/2026

s/M. Barnes, Deputy Clerk
*Issuing officer's signature*

City and state: Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF KANSAS

### Return

This warrant was received on *(date)* 9/14/2026, and the person was arrested on *(date)* 9/15/2026 at *(city and state)* Wichita, KS.

Date: 9/15/2026

Ryan S. Overcash
*Arresting officer's signature*

Ryan Overcash/DUSM
*Printed name and title*

RECEIVED
By US Marshals at 12:29 pm, Sep 14, 2026